UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHN DOE, on behalf of his minor child JACK DOE, and on behalf of others similarly situated,<br><br>Plaintiff,<br>v.<br><br>FRED HUTCHINSON CANCER CENTER; UNIVERSITY OF WASHINGTON SCHOOL OF MEDICINE; UW MEDICAL CENTER; HARBORVIEW MEDICAL CENTER; VALLEY MEDICAL CENTER; UW PHYSICIANS; UW NEIGHBORHOOD CLINICS(d/b/a UW MEDICINE PRIMARY CARE); AIRLIFT NORTHWEST; and CHILDREN'S UNIVERSITY MEDICAL GROUP,<br><br>Defendants. | NO. 2:23-cv-01893-JHC<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE RELATED CASES** |
| ROBERT AYERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>FRED HUTCHINSON CANCER CENTER,<br><br>Defendant. | NO. 2:23-cv-01916-JHC |

ORDER GRANTING UNOPPOSED JOINT MOTION TO APPOINT
INTERIM CLASS COUNSEL - 1

| | |
|---|---|
| JONATHAN HUNTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRED HUTCHINSON CANCER CENTER, a Washington Nonprofit Corporation,<br><br>Defendant. | NO. 2:23-cv-01988-JHC |
| GARY HOLZ, JOEL GUAY, and GLORIA MONCRIEF, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRED HUTCHINSON CANCER CENTER, a Washington Nonprofit Corporation,<br><br>Defendant. | NO. 2:23-cv-01998-JHC |

This matter comes before the Court on Plaintiffs' Unopposed Joint Motion to Consolidate. (Dkt. No. 5.) The plaintiffs in four different actions filed against Defendant Fred Hutchinson Cancer Center ask the Court to consolidate all four into a single action. Having reviewed the Motion and all supporting materials, and having noted the lack of any opposition, the Court GRANTS the Motion and ORDERS that the above-captioned cases be consolidated for all purposes.

1. Under Rule 42(a), the Court may consolidate cases that involve common questions of law or fact. Fed. R. Civ. P. 42(a). The Court enjoys broad discretion in making this determination. *Pierce v. County of Orange*, 526 F.3d 1190, 1203 (9th Cir. 2008); *see also Pedraza v. Alameda Unified Sch. Dist.*, 676 Fed. App'x 704, 706 (9th Cir. 2017). When determining whether a motion to consolidate should be granted, this Court typically weighs several factors, including considerations of "judicial economy, whether consolidation would

expedite resolution of the case, whether separate cases may yield inconsistent results, and the potential prejudice to a party opposing consolidation." *Pecznick v. Amazon.com, Inc.*, No. 2:22-cv-00743, 2022 WL 4483123, at *3 (W.D. Wash. Sept. 27, 2022); *see also* 9 Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure: Civil § 2383 (3rd ed. 2020).

2. Consolidation is appropriate here given that the four actions present common questions of law and fact and there are substantial efficiencies to be gained. All four actions concern the same data breach resulting from a cyber-attack on Fred Hutchinson Cancer Center. And plaintiffs pursue the same or similar causes of action against Fred Hutchinson Cancer Center on behalf of overlapping proposed classes. Consolidation for all purposes will further conserve party and judicial resources. Fred Hutchinson has not voiced any opposition, and the Court is unaware of any inconvenience, delay, confusion, or prejudice that may result from consolidation. As such, the Court GRANTS the Motion and consolidates all four actions.

3. All filings in this consolidated action shall be filed on the docket of the first-filed case (2:23-cv-01893) and use the following caption: *In re Fred Hutchinson Cancer Center Data Security Litigation*.

4. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action, shall be consolidated with the Consolidated Action for pre-trial purposes. The Parties shall file a Notice of Related Action whenever a case that should be consolidated into this action is filed in, transferred to, or removed to this District.

5. If the Court determines that the case is related, the clerk shall:

    a. Place a copy of this Order in the separate filed for such action;

    b. Serve on Plaintiffs' counsel in the new case a copy of the Order;

    c. Direct that this Order be served upon Defendant(s) in the new case; and

    d. Make appropriate entry in the Master Docket.

6. Plaintiffs shall confer and propose a schedule for filing a Consolidated Amended Complaint no later than ten (10) days following the entry of this Order.

7. This Order shall apply to the above-captioned matters, any subsequently consolidated action, any actions consolidated with the above-captioned matters, and any actions filed in or transferred or removed to this Court relating to the fact and the data breach underlying this litigation.

**IT IS SO ORDERED.**

DATED: January 5, 2024

_____
THE HONORABLE UNITED STATES
DISTRICT COURT JUDGE FOR THE
WESTERN DISTRICT OF WASHINGTON

Presented By:

TOUSLEY BRAIN STEPHENS PLLC

By: s/ *Kim D. Stephens, P.S.*
Kim D. Stephens, P.S., WSBA #11984
Cecily C. Jordan, WSBA #50061
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Telephone: 206-682-5600
Facsimile: 206-682-2992
kstephens@tousley.com
cjordan@tousley.com

James J. Pizzirusso*
HAUSFELD LLP
888 16th Street N.W.
Suite 300
Washington, D.C. 20006
(202) 540-7200
jpizzirusso@hausfeld.com

Steven M. Nathan*
HAUSFELD LLP
33 Whitehall Street
Fourteenth Floor
New York, NY 10004
(646) 357-1100
snathan@hausfeld.com

Case 2:23-cv-01916-JHC   Document 17   Filed 01/05/24   Page 5 of 6

Ashley M. Crooks*
HAUSFELD LLP
33 Whitehall Street
Fourteenth Floor
New York, NY 10004
(646) 357-1100
acrooks@hausfeld.com

*Attorneys for Plaintiff Hunter and the Proposed Class*

TURKE & STRAUSS LLP

By: s/ *Samuel J. Strauss*
Samuel J. Strauss, WSBA #46971
Raina Borrelli*
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
Telephone: (608) 237-1775
Facsimile: (608) 509 4423
sam@turkestrauss.com

*Attorneys for Plaintiff Doe and the Proposed Class*

Brian C. Gudmundson*
Charles R. Toomajian*
Michael J. Laird*
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com
charles.toomajian@zimmreed.com
michael.laird@zimmreed.com

*Attorneys for Plaintiff Ayers and the Proposed Class*

ORDER GRANTING UNOPPOSED JOINT MOTION TO APPOINT
INTERIM CLASS COUNSEL - 5

| | |
|---|---|
| 1 | EMERY REDDY, PLLC |
| 2 | By: *s/ Timothy W. Emery* |
| | Timothy W. Emery, WSBA #34078 |
| 3 | Patrick R. Reddy, WSBA #34092 |
| | 600 Stewart Street, Suite 1100 |
| 4 | Seattle, WA 98101 |
| 5 | Phone: (206) 442-9106 |
| | Fax: (206) 441-9711 |
| 6 | Email: *emeryt@emeryreddy.com* |
| | Email: *reddyp@emeryreddy.com* |
| 7 | |
| 8 | M. Anderson Berry* |
| | Gregory Haroutunian* |
| 9 | Brandon P. Jack* |
| | CLAYEO C. ARNOLD |
| 10 | A PROFESSIONAL CORPORATION |
| | 865 Howe Avenue |
| 11 | Sacramento, CA 95825 |
| | Telephone: 916.239.4778 |
| 12 | Fax: 916.924.1829 |
| 13 | *aberry@justice4you.com* |
| | *gharoutunian@justice4you.com* |
| 14 | *bjack@justice4you.com* |
| 15 | |
| | Gary M. Klinger* |
| 16 | MILBERG COLEMAN BRYSON |
| | PHILLIPS GROSSMAN LLC |
| 17 | 227 W. Monroe Street, Suite 2100 |
| | Chicago, IL 60606 |
| 18 | Phone: (866) 252-0878 |
| | gklinger@milberg.com |
| 19 | |
| 20 | **Attorneys for Plaintiffs Holtz, Guay, and Moncrief and the Proposed Class** |
| 21 | *pro hac vice forthcoming |

ORDER GRANTING UNOPPOSED JOINT MOTION TO APPOINT
INTERIM CLASS COUNSEL - 6